# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. PARR | CIVIL ACTION |
| VERSUS | NO: 09-3576 |
| NICHOLLS STATE UNIVERSITY, ET AL. | SECTION: "N" (4) |

## ORDER

Before the Court is a **Motion to Reconsider Denial [Doc. 131] of Discovery Motion [Doc. 52] as Premature and on Account of Failure to Hold Rule 37.1 Conference and Alternatively for a Statement that There Was an Untimely Failure to Respond to Requests for Admissions for Which no Discovery Motion or Rule 37.1 Conference is Necessary (R. Doc. 137)**, filed by Anne M. Parr, requesting that this Court reconsider its previous Order (R. Doc. 131) denying Parr's Motion to Compel (R. Doc. 52).

The Court notes that Federal Rule of Civil Procedure ("Rule") 36(a)(3) states that: "A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney." Therefore, Requests for Admission are deemed admitted if a party does not respond within 30 days without further action of the Court.

In all other respects, Parr's **Motion to Reconsider Denial [Doc. 131] of Discovery Motion [Doc. 52] as Premature and on Account of Failure to Hold Rule 37.1 Conference and**

**Alternatively for a Statement that There Was an Untimely Failure to Respond to Requests for Admissions for Which no Discovery Motion or Rule 37.1 Conference is Necessary (R. Doc. 137)** is **DENIED.**

                            New Orleans, Louisiana, this 20th day of November 2009

                            **KAREN WELLS ROBY**
                          **UNITED STATES MAGISTRATE JUDGE**