UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. PARR | CIVIL ACTION |
| VERSUS | NO. 09-3576 |
| NICHOLLS STATE UNIVERSITY, ET AL. | SECTION "N" (1) |

## ORDER

On July 14, 2009, Plaintiff filed a "Motion for Partial Summary Judgment on Equal Pay, Willfulness, and Entitlement to Liquidated Damages" (Rec. Doc. 28). Since that time, the hearing (submission) date for that motion has been continued several times. The parties also have filed numerous additional motions and supplemental memoranda while the summary judgment motion has been pending. In fact, Plaintiff filed a motion for leave to submit a supplemental memorandum (Rec. Doc. 184) yesterday. The proposed memoranda discusses a deposition of a seemingly important witness that just taken on March 4, 2010. Considering the identity of the witness, the Court intends to allow the supplement to be filed. That being said, the Court anticipates that defendants will then seek leave to file a response to the supplemental memorandum.

Given the foregoing, it is not readily apparent to the Court that Plaintiff's motion actually is ripe for ruling at the present time. Nevertheless, the motion remains outstanding on the Court's docket. Accordingly, **IT IS ORDERED** that:

(1) Plaintiff's "Motion for Partial Summary Judgment on Equal Pay, Willfulness, and Entitlement to Liquidated Damages" (Rec. Doc. 28) is **DENIED WITHOUT PREJUDICE**.

(2) During the next twenty (20) calendar days, the parties are instructed to evaluate their prior submissions <u>and</u> to complete any remaining discovery pertinent to that motion. Thereafter, Plaintiff may file a motion seeking to re-urge her motion for partial summary judgment regarding her equal pay claim.

(3) Upon receiving Plaintiff's request to re-urge her "equal pay" motion, the Court will establish a hearing (submission) date for the summary judgment motion and <u>prompt</u> deadlines for the submission of any additional memoranda relative to that motion. Thereafter, with the exception of notifying the Court of any new decisions from the Fifth Circuit, or other exceptional circumstances, no additional memoranda will be allowed relative to the "equal pay" summary judgment motion.

New Orleans, Louisiana, this <u>31</u>st day of <u>March 2010</u>.

                                                                    **KURT D. ENGELHARDT**
                                                                    **UNITED STATES DISTRICT JUDGE**