UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. PARR | CIVIL ACTION |
| VERSUS | NO. 09-3576 |
| NICHOLLS STATE UNIVERSITY, ET AL. | SECTION "N" (4) |

## **ORDER AND REASONS**

Before the Court is a pleading entitled "Motion to Deny Second Motion in Limine as Procedurally Deficient and for Sanctions" (Rec. Doc. No. 357), filed by plaintiff, Anne M. Parr ("Parr" or "Plaintiff"). The motion is directed to the defendants' Motion in Limine (Rec. Doc. No. 337). The stated grounds are that: the motion and supporting memorandum are "insufficient as a matter of form, non-compliant with L.R. 7.4, provide neither authority nor argument on the standards which govern the granting of a motion in limine, and are difficult to comprehend, and almost impossible to respond to." Parr also contends that opposing counsel failed "to proofread a submission to the court, and thus has "unreasonably and vexatiously multipl[ied] the proceedings in this case within the meaning of 28 U.S.C. [§] 1927." See Rec. Doc. No. 357. Plaintiff has also filed a "Motion for Expedited Hearing" (Rec. Doc. No. 361).

1

This motion clearly demonstrates the "glass house theory." Indeed, were the Court to deny motions filed in this litigation because they are insufficient as to form, do not appear to have been proofread, and fail to provide authority or appropriate argument, there would indeed be very few motions considered. In fact, motions such as the one considered here do, themselves, "unreasonably and vexatiously" multiply these proceedings, creating more unnecessary work for the Court, clogging the record, and requiring a wasteful consumption of resources by counsel and the parties. Because the motion itself is "difficult to comprehend", like many of the other filings in this case, it is **DENIED IN ITS ENTIRETY**. The "Motion for Expedited Hearing" (Rec. Doc. No. 361) is also **DENIED AS MOOT**.

New Orleans, Louisiana, this 28th day of January, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**