UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. PARR | CIVIL ACTION |
| VERSUS | NO. 09-3576 |
| NICHOLLS STATE UNIVERSITY, ET AL. | SECTION "N" (4) |

## **ORDER AND REASONS**

Before the Court is a Motion to Quash Subpoena (Rec. Doc. No. 373), filed by non-party Rebecca Hulbert ("Hulbert") and all of the named defendants, seeking to quash a subpoena requested and served on her by plaintiff, Anne M. Parr.

Hulbert asserts that she is neither an employee of Nicholls State University, nor is she a named party. Rather, Hulbert is the wife of Dr. Stephen Hulbert, President of Nicholls State University, and thus serves in various volunteer capacities. Hulbert was appointed by Dr. Stephen Hulbert to serve as a member of the Dean's Search Committee of the Chef John Folse Culinary Institute at Nicholls State University. She further contends that, although she did serve on the Search Committee for the new Dean in 2007, she has no testimony relevant to this case; and moreover, any discussions she had with her husband, Dr. Stephen Hulbert, are protected within the spousal privilege.

1

The Court disagrees that the Hulbert subpoena should be quashed. Although relevance and/or privilege can be asserted to specific questions asked of Hulbert at trial, it is not clear that Hulbert has no relevant testimony whatsoever to offer, warranting the subpoena served on her to be quashed. Surely not all such testimony is subject to spousal privilege, since Hulbert was serving in an official capacity. In fact, although it is not entirely clear that testimony related to her service on the Search Committee for the new Dean in 2007 is relevant, plaintiff should have the opportunity to question Hulbert about any such information, assuming its relevance.

For these reasons, the Motion to Quash Subpoena (Rec. Doc. No. 373) is **DENIED**.

New Orleans, Louisiana, this 28th day of January, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**