UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. PARR | CIVIL ACTION |
| VERSUS | NO. 09-3576 |
| NICHOLLS STATE UNIVERSITY, ET AL. | SECTION "N" (1) |

**ORDER AND REASONS**

Having carefully considered the parties' supporting and opposing submissions, applicable law, and the record of this matter, **IT IS ORDERED** that Defendant's "Motion for Injunction Pursuant to the Re-Litigation Exception of the Anti-Injunction Act" (Rec. Doc. 511) is **DENIED**. On the showing made, it is not apparent to the Court that the requested extraordinary relief is necessary or appropriate.

New Orleans, Louisiana, this 7th day of January 2013.

_____
**UNITED STATES DISTRICT JUDGE**

1